# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH

INFORMATION SHEET

Davis Giedt and Jenny Zha

Case Number: _____

vs

Date: _____

USA Services LLC, Israel Sayag, and Gil Cohen

☐ One of the defendants is being sued
in their official capacity.

| | |
|---|---|
| Name: *(Please Print)* <br> Samuel B. Russell, Esq. | Relationship to Lawsuit <br> ☒ Attorney for Plaintiff s |
| Firm Name: <br> The Russell Firm PLLC | ☐ Self (Pro Se) |
| Telephone No.:          Six digit Unified Bar No.: <br> (202) 505-1045          1000973 | ☐ Other: _____ |

TYPE OF CASE:  ☐ Non-Jury    ☒ 6 Person Jury    ☐ 12 Person Jury

Demand: $ 177,699.63 + fees, costs, interest          Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.:_____ Judge: _____ Calendar #:_____

Case No.:_____ Judge: _____ Calendar#:_____

---

NATURE OF SUIT:     *(Check One Box Only)*

**A. CONTRACTS**                    **COLLECTION CASES**

☒ 01 Breach of Contract       ☐ 14 Under $25,000 Pltf. Grants Consent    ☐ 16 Under $25,000 Consent Denied
☐ 02 Breach of Warranty       ☐ 17 OVER $25,000 Pltf. Grants Consent    ☐ 18 OVER $25,000 Consent Denied
☐ 06 Negotiable Instrument    ☐ 27 Insurance/Subrogation                ☐ 26 Insurance/Subrogation
☐ 07 Personal Property           Over $25,000 Pltf. Grants Consent         Over $25,000 Consent Denied
☐ 13 Employment Discrimination ☐ 07 Insurance/Subrogation               ☐ 34 Insurance/Subrogation
☐ 15 Special Education Fees        Under $25,000 Pltf. Grants Consent        Under $25,000 Consent Denied
                              ☐ 28 Motion to Confirm Arbitration
                                 Award (Collection Cases Only)

**B. PROPERTY TORTS**

☐ 01 Automobile              ☐ 03 Destruction of Private Property    ☐ 05 Trespass
☐ 02 Conversion              ☐ 04 Property Damage
☐ 07 Shoplifting, D.C. Code § 27-102 (a)

**C. PERSONAL TORTS**

☐ 01 Abuse of Process           ☐ 10 Invasion of Privacy          ☐ 17 Personal Injury- (Not Automobile,
☐ 02 Alienation of Affection    ☐ 11 Libel and Slander                  Not Malpractice)
☐ 03 Assault and Battery        ☐ 12 Malicious Interference       ☐ 18 Wrongful Death (Not Malpractice)
☐ 04 Automobile- Personal Injury ☐ 13 Malicious Prosecution       ☐ 19 Wrongful Eviction
☐ 05 Deceit (Misrepresentation) ☐ 14 Malpractice Legal            ☐ 20 Friendly Suit
☐ 06 False Accusation           ☐ 15 Malpractice Medical (Including Wrongful Death) ☐ 21 Asbestos
☐ 07 False Arrest               ☐ 16 Negligence- (Not Automobile, ☐ 22 Toxic/Mass Torts
☐ 08 Fraud                          Not Malpractice)              ☐ 23 Tobacco
                                                                 ☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE          IF USED

CV-496/June 2015

# Information Sheet, Continued

## C. OTHERS

- [ ] 01 Accounting
- [ ] 02 Att. Before Judgment
- [ ] 05 Ejectment
- [ ] 09 Special Writ/Warrants
  (DC Code § 11-941)
- [ ] 10 Traffic Adjudication
- [ ] 11 Writ of Replevin
- [ ] 12 Enforce Mechanics Lien
- [ ] 16 Declaratory Judgment

- [ ] 17 Merit Personnel Act (OEA)
  (D.C. Code Title 1, Chapter 6)
- [ ] 18 Product Liability
- [ ] 24 Application to Confirm, Modify,
  Vacate Arbitration Award (DC Code § 16-4401)
- [ ] 29 Merit Personnel Act (OHR)
- [ ] 31 Housing Code Regulations
- [ ] 32 Qui Tam
- [ ] 33 Whistleblower

## II.

- [ ] 03 Change of Name
- [ ] 06 Foreign Judgment/Domestic
- [ ] 08 Foreign Judgment/International
- [ ] 13 Correction of Birth Certificate
- [ ] 14 Correction of Marriage
  Certificate
- [ ] 26 Petition for Civil Asset Forfeiture (Vehicle)
- [ ] 27 Petition for Civil Asset Forfeiture (Currency)
- [ ] 28 Petition for Civil Asset Forfeiture (Other)

- [ ] 15 Libel of Information
- [ ] 19 Enter Administrative Order as
  Judgment [ D.C. Code §
  2-1802.03 (h) or 32-151 9 (a)]
- [ ] 20 Master Meter (D.C. Code §
  42-3301, et seq.)

- [ ] 21 Petition for Subpoena
  [Rule 28-1 (b)]
- [ ] 22 Release Mechanics Lien
- [ ] 23 Rule 27(a)(1)
  (Perpetuate Testimony)
- [ ] 24 Petition for Structured Settlement
- [ ] 25 Petition for Liquidation

## D. REAL PROPERTY

- [ ] 09 Real Property-Real Estate
- [ ] 12 Specific Performance
- [ ] 04 Condemnation (Eminent Domain)
- [ ] 10 Mortgage Foreclosure/Judicial Sale
- [ ] 11 Petition for Civil Asset Forfeiture (RP)

- [ ] 08 Quiet Title
- [ ] 25 Liens: Tax / Water Consent Granted
- [ ] 30 Liens: Tax / Water Consent Denied
- [ ] 31 Tax Lien Bid Off Certificate Consent Granted

_____
Attorney's Signature

Dec. 14, 2018
_____
Date

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

|  |  |
|---|---|
| **Davis Giedt and Jenny Zha**<br>3608 Whitehaven Pkwy NW,<br>Washington, D.C. 20007,<br><br>            Plaintiff,<br><br>v.<br><br>**USA Services LLC,**<br>1013 S. Belgrade Rd.,<br>Silver Spring, MD 20902,<br><br>**Israel Sayag,**<br>1013 South Belgrade Road<br>Silver Spring, MD 20902,<br><br>and<br><br>**Gil Cohen,**<br>11229 Bybee Street<br>Silver Spring, MD 20902,<br><br>            Defendants. | CIVIL ACTION NO._____<br><br>COMPLAINT, JURY DEMAND |

## COMPLAINT
**(Breach of Contract, Fraud, Negligent Misrepresentation)**

**COME NOW** the Plaintiffs, Davis Giedt and Jenny Zha, by counsel, and for their

complaint against the Defendants, USA Services LLC, Israel Sayag, and Gil Cohen, state

as follows:

### Nature of the Action

1.      This is an action for breach of contract, fraud, and negligent

misrepresentation, brought by D.C. homeowners Davis Giedt and Jenny Zha against

Maryland-based remodeling contractor USA Services LLC, to obtain money damages for

the contractor's breach of contract, to wit: failing to perform the work called for in the contract, failing to deliver work correctly and in a good and workmanlike manner up to industry standards and code, failing to perform timely, and wrongly terminating the contract when work remained outstanding.  Moreover, the action seeks compensation and treble damages owing to all defendants' fraudulent inducement or negligent misrepresentation, to wit that USA Services LLC had the then-present intention and capacity to perform the scope of work called for in the contract within the stated time and for the stated contract price.

**The Parties**

2.      The co-plaintiff Mr. Giedt is an individual resident of the District of Columbia.

3.      The co-plaintiff Ms. Zha is an individual resident of the District of Columbia.

4.      The co-plaintiffs are husband and wife, and jointly own the home that is the subject of this dispute.

5.      Upon information and belief, the co-defendant USA Services LLC is a Maryland limited liability company with a principal office at 1013 South Belgrade Road, Silver Spring, Maryland 20902.

6.      Upon information and belief, the co-defendant Israel Sayag is an individual with a principal residence at 1013 South Belgrade Road, Silver Spring, Maryland 20902.

7.      Israel Sayag is an agent of USA Services LLC.

8. Upon information and belief, the co-defendant Gil Cohen is an individual with a principal residence at 11229 Bybee Street, Silver Spring, Maryland 20902.

9. Gil Cohen is an agent of USA Services LLC.

**Jurisdiction**

10. This Court has subject matter jurisdiction over this matter pursuant to D.C. Code Ann. §§ 11-921.

11. This Court has personal jurisdiction over USA Services LLC under D.C. Code Ann. § 13-423 because the claims for relief arise from the defendant's transacting business in the District of Columbia and contracting to supply services in the District of Columbia.

12. This Court has personal jurisdiction over Mr. Sayag and Mr. Cohen under § 13-423 because they caused tortious injury in the District of Columbia by an act or omission in the District of Columbia.

**Facts**

13. Mr. Giedt and Ms. Zha own the property at 3608 Whitehaven Parkway, Northwest, Washington, D.C. 20007 (the "Property").

14. They sought to undertake an extensive remodel of the Property in order to use it as their primary residence beginning August 2018.

15. To that end, Ms. Zha emailed USA Services, LLC on April 26, 2018 with an initial inquiry, and sent a draft set of plans for the remodeling project.

16. Mr. Giedt interviewed USA Services LLC on or about May 6, 2018.

17. After Mr. Giedt explained to USA Services the scope of work that he and Ms. Zha intended, Israel Sayag carefully inspected the Property on or about May 6, 2018.

18.     During this inspection, Mr. Sayag had unfettered access to the inside and outside of the Property.

19.     This inspection lasted between sixty and ninety minutes.

20.     After this inspection, Israel Sayag and Gil Cohen represented over the phone on May 9th and 13th, and in person on May 15th, to both Mr. Giedt and Ms. Zha, that USA Services had the ability and intention to:

    a.   build walls to be straight and plumb,

    b.   install ceilings to be flat,

    c.   install items to be level and plumb,

    d.   do structural work that is safe,

    e.   install all items correctly (including but not limited to electrical items, plumbing, cabinetry, and trim),

    f.   perform work in a good workman-like manner, and up to industry standards and code, and

    g.   complete the project by August 1st, 2018.

21.     At the time that Mr. Sayag and Mr. Cohen made these representations, they were acting as agents of USA Services, within the scope of their agency.

22.     These statements were false when Mr. Sayag and Mr. Cohen made them. In fact, USA Services did not have the ability or intent to perform items 19(a) through 19(g), above.

23.     On or about May 15, 2018, Mr. Sayag, Mr. Cohen, and both plaintiffs performed a final walk-through of the house, which lasted between 90 minutes and two hours.

24.     Mr. Sayag repeated that USA Services had the ability to build walls to be straight and plumb, install ceilings to be flat, install items to be level and plumb, perform structural work that is safe, install all items correctly (including but not limited to electrical items, plumbing, cabinetry, and trim), and perform work in a good workman-like manner, and up to industry standards and code, and that project would be completed by August 1st, 2018.

25.     Mr. Sayag identified wall work that would be performed, and said that the defendant had the ability and intention to build walls to be straight, square, and plumb.

26.     Upon information and belief, these statements were false.

27.     These statements were material.

28.     Upon information and belief, USA Services knew, at the time, that it could not make the walls straight and plumb for the price and in the timeframe quoted.

29.     USA Services should have known, at the time that it could not make the walls straight and plumb for the price and in the timeframe quoted.

30.     USA Services made these statements with the intention that the plaintiffs rely on them.

31.     In reliance on these statements, the plaintiffs entered into the Contract with the defendant.

### COUNT I – Breach of Contract
### (Against USA Services, LLC)

32.     The plaintiffs incorporate the allegations in the foregoing paragraphs as if fully set forth herein.

33.     A valid and enforceable written contract exists between Mr. Giedt and Ms. Zha, on the one hand, and USA Services LLC on the other.

34.     The Contract creates legally enforceable obligations of USA Services to Mr. Giedt and Ms. Zha, including:

    a.  Perform the entire scope of work listed in the contract;

    b.  Deliver work with a "finished look";

    c.  Perform work "correctly, in a good workman-like manner, and up to industry standards and code";

    d.  Install new walls to be "plumb and square";

    e.  Complete all work by August 1, 2018, later extended to August 18, 2018.

35.     USA Services LLC breached these obligations to Mr. Giedt and Ms. Zha in the following ways:

    a.     It failed to perform the entire scope of work;

    b.     It failed to deliver all work with a "finished look";

    c.     It failed to perform work "correctly, in a good workman-like manner, and up to industry standards and code";

    d.     It failed to install new walls to be "plumb and square"; and

    e.     It failed to complete all work by August 18, 2018.

36.     Mr. Giedt and Ms. Zha were damaged by these breaches in the following ways:

    a.     They have had to hire replacement contractors to complete the work;

    b.     They have incurred additional costs to date to make alternative living arrangements past August 18, 2018 while the project remains incomplete;

   c.  They will continue to incur costs in the future to make alternative living arrangements past August 18, 2018 while the project remains incomplete.

37.  The foregoing damages were caused by USA Services' breaches of the Contract.

**WHEREFORE**, the Plaintiffs Davis Giedt and Jenny Zha request that this Honorable Court enter judgment against the Defendant USA Services LLC, individually, in the amount of not less than $59,233.21, and in addition thereto the plaintiffs request pre- and post-judgement interest, attorney's fees and litigation costs incurred to date and to be incurred through the end of this action, and for such other and further relief as this Court deems just and proper.

**<u>COUNT II – Fraud</u>**
**(Against All Defendants)**

38.  The plaintiffs incorporate the allegations in the foregoing paragraphs as if fully set forth herein.

39.  As set forth above, Israel Sayag represented to the plaintiffs that USA Services could perform the work identified in paragraph 33 for $95,000, and could complete this work within eleven weeks.

40.  Gil Cohen represented to the plaintiffs that USA Services could perform the work identified in paragraph 33 for $95,000, and could complete this work within eleven weeks.

41.  Both Mr. Sayag and Mr. Cohen were acting as agents of USA Services, within the scope of their agency, when they made the representations in paragraphs 38 and 39.

7

42.    USA Services is liable for the false statements of Mr. Sayag and Mr. Cohen made within the scope of their agency.

43.    These statements were material.

44.    Upon information and belief, all defendants had knowledge of the falsity of these statements at the time the statements were made.

45.    Upon information and belief, all defendants intended to deceive the plaintiffs with these statements.

46.    These misrepresentations were directly made to the plaintiffs during their meetings with USA Services' agents, Israel Sayag and Gil Cohen, and were later explicitly contained within the contract itself.

47.    The plaintiffs took action relying on these misrepresentations.  They entered into a home improvement contract with USA Services.

48.    But for USA Services' and Israel Sayag's and Gil Cohen's misrepresentations, the plaintiffs would not have entered into the home improvement contract with USA Services, nor would they have paid advance sums before the contract was completely performed.

**WHEREFORE,** the Plaintiffs Davis Giedt and Jenny Zha request that this Honorable Court enter judgment against the Defendants USA Services LLC, Israel Sayag and Gil Cohen, jointly and severely, in the amount of not less than $177,699.63 (to include treble damages), and in addition thereto Mr. Giedt and Ms. Zha request pre- and post-judgement interest, attorney's fees and litigation costs incurred to date and to be incurred through the end of this action, and for such other and further relief as this Court deems just and proper.

**COUNT III – Negligent Misrepresentation**
**(Against All Defendants)**

49.     The plaintiffs incorporate the allegations in the foregoing paragraphs as if fully set forth herein.

50.     As set forth above, Israel Sayag represented to the plaintiffs that USA Services could perform the work identified in paragraph 33 for $95,000, and could complete this work within eleven weeks.

51.     Gil Cohen represented to the plaintiffs that USA Services could perform the work identified in paragraph 33 for $95,000, and could complete this work within eleven weeks.

52.     Both Mr. Sayag and Mr. Cohen were acting as agents of USA Services, within the scope of their agency, when they made the representations in paragraphs 48 and 49.

53.     USA Services is liable for the false statements of Mr. Sayag and Mr. Cohen made within the scope of their agency.

54.     These statements were material.

55.     Alternatively, Mr. Sayag and Mr. Cohen omitted the fact that USA Services could not perform the contract at the agreed price and within the agreed timeframe.

56.     All defendants had a duty to disclose this fact.

57.     These misrepresentations were directly made to the plaintiffs during their meetings with USA Services' agent and were later explicitly contained within the contract itself.

58.     The misstatements above all respect material facts.

59.    The plaintiffs reasonably relied on these misrepresentations and/or omissions to their detriment.

60.    Among other things, they entered into a home improvement contract with USA Services and paid advance sums under the contract before the contract was completely performed.

61.    But for USA Services', Israel Sayag's, and Gil Cohen's misrepresentations, the plaintiffs would not have entered into the home improvement contract with USA Services, nor would they have paid advance sums before the contract was completely performed.

**WHEREFORE,** the Plaintiffs Davis Giedt and Jenny Zha request that this Honorable Court enter judgment against the Defendants USA Services LLC, Israel Sayag, and Gil Cohen, jointly and severally, in the amount of not less than $59,233.21, and in addition thereto Mr. Giedt and Ms. Zha request pre- and post-judgement interest, attorney's fees and litigation costs incurred to date and to be incurred through the end of this action, and for such other and further relief as this Court deems just and proper.

## **JURY DEMAND**

62. The Plaintiffs demand a trial by jury on all issues so triable.

Respectfully submitted,

_____/s/_____
Samuel B. Russell, Esq.
The Russell Firm PLLC
911 9th St, NE
Ste. 1
Washington, D.C. 20002
(202) 505-1045
Sam@TheRussellFirm.com

DC Bar No.: 100973
*Counsel for the Plaintiffs*

EXHIBIT A

1

# CONSTRUCTION CONTRACT
## Date: 5/14/2018

CONTRACTOR:
**USA Services LLC**
1013 S. Belgrade Rd
Silver Spring, MD 20902
usaservicesllc@gmail.com
MHIC#89990-1

USA Services LLC is pleased to present to you with our contract for the work to be performed on the below project.
Our contract has been prepared to furnish all labor, tools, equipment, transportation, supplies, insurance, delivery
and services necessary to complete the work at the below address.

CLIENT:
Davis Giedt and Jenny Zha
3608 Whitehaven Pkwy NW
Washington, DC 20007
Tel: 831-277-1845 (Davis); 916-622-2836 (Jenny)
E-mail: davisgiedt@gmail.com ; jennyzha@hotmail.com

**General Description**: Interior remodeling and partial exterior work as per drawings provided by the
client dated 5/10/2018 and delineated below.

1- **Basement area:**
A- Demolish remaining beadboard wall behind toilet drain and frame new walls per plans, including
   exterior walls with insulation and party wall. Jack up support in basement ceiling structure so main
   stair (1st floor to 2nd floor) is no longer sloped at the bottom, according to structural engineer's plan;
   structural engineer fee is not included in contractor pricing. Contractor and client to agree on pricing in
   writing before structural engineering assessment, plan and drawings are ordered. Wall between
   kitchenette and laundry (with double glass french doors) to be installed as a temporary wall, at the end.
   Wall for utility closet is a permanent wall.

B- Break the concrete floor and relocate the drain for the 34"x42" shower, and toilet drain, per plans.
   Provide and install backflow preventers for toilet and shower drains. Provide new concrete and gravel
   to replace broken concrete.

C- Relocate and replace the gas lines and radiator lines. Relocate them in between the floor joists, along the
   party wall and above the kitchenette cabinet, for full ceiling height. Include testing of gas line. New
   gas line along west wall (party wall) will be run close to the ceiling joists and party wall, so that it will
   be unseen above the newly framed wall. Gas line will then run in between joist bay to cross the
   basement ceiling. Plumbing and heat lines will allow for full ceiling height (ceiling drywall will be all
   the way up to bottom of joists). Lines can be run below joists above the kitchenette cabinets.

D- Relocate the existing drain and water lines. Demolish and cap part of the unused vent pipe near
   bathroom. Remove and dispose of the utility sink. Relocate the dryer to be beside the washing
   machine. Install ducts and vent for dryer, bathroom fan, and kitchenette exhaust, will run in between

Clients: Davis_____ Jenny_____     Initials     Contractors: Israel_____ Gil_____

2

the joists, through the utility closet to exterior, for full ceiling height. Install new drain and water lines for new kitchenette sink per plans. New plumbing lines will be done in-between joists or studs or tightly above the kitchenette cabinets. Do not bore holes or make notches through joists. Ensure that plumbing lines and drains are not clogged; clean out if necessary. Use "L" copper lines for all water lines.

E- Demolish all old unused exposed wires (there are phone wires and a pipe that are crossing between houses and cannot be removed), on interior and exterior. Install new electrical per plans, including dedicated outlet on the kitchenette cabinet wall for a microwave and dedicated outlet for office A/C unit. Electrical wires should be hidden within walls for a finished look. Install new outlets to code. Contractor can choose to re-use BX sheaths in good condition, if up to code. Install light fixture on the office ceiling and bathroom exhaust fan. Do not bore holes or make notches through joists. Electrical can run between the joists to get across basement ceiling, then along the gas line on West wall. Relocate boiler switch to be easily accessible from the utility/laundry room. Junction boxes on ceiling will be relocated to be in between joists; electrical wiring runs will allow for maximum ceiling height (ceiling drywall will be all the way up to bottom of joists).

Install new recessed lights in bathroom, utility/laundry room, and kitchenette and closet under stairs, battery operated smoke detector, switches and outlets. Save ceiling light in the basement office, for re-use. Smoke detectors must pass inspection. If they do not pass and we need to replace with hard-wired, interconnected, that is included in contract.

F- Insulate the exterior walls and install a ½" drywall for the area.  Use water/mold-resistant board for bathroom and half wall, the laundry area, and sink area.  All other basement areas can be ½" regular drywall. Shower walls will be a ½" concrete backer board with waterproof membrane. Install sound insulation batting in entire basement ceiling, in between joists.

G- Finish bathroom floor with tile and baseboard. Finish rest of the basement floor with vinyl plank and baseboard. Under all flooring (tile and vinyl plank), remove nails, prep and level concrete floor where necessary, and lay down thin foam floor insulation (if necessary). Install pre-fabricated shower base, purchased by client. Install tile for shower walls. Install a vent fan including duct, lights and electric heater, for bathroom.

J- Provide and install doors per plans: new white, double glass French doors for laundry entry, new white, bifold louvered for utility closet, and reuse the existing door for bathroom entry. Provide and install door and window trim and baseboard. Finish walls and ceilings. Prep and paint the complete basement and basement stairs. Bathroom paint will be water resistant. Painting includes prep, sand (where needed), prime (where needed), and paint of walls, ceilings, doors and trim. Provide a finished look.

K- Install new base cabinets, wall cabinets, under-cabinet lights, and countertop sink and faucet, and exhaust fan and electric cooktop (need to consult if installation of cooktop in basement is per code, if so contractor to install) for kitchenette. Install all bathroom fixtures. Install a new wall heater in the bathroom and kick space heater in the kitchenette (both electric). Client will provide both heaters.

2- **First floor area (kitchen, dining, living):**

A- Demolish part of interior wall to widen archway per plans. Demolish all existing exposed wires (interior and exterior). Remove the existing wire sheath and outlet from the plaster kitchen wall. Redo the new electric work per plans. Remove electrical outlet by front door radiator. Do not bore new holes

*Clients:* Davis___ Jenny___          Initials          *Contractors:* Israel___ Gil___

3

or make notches through joists. Widen the interior archway (only towards the direction of the main stack) and reconstruct a wider, round-top archway between the dining to living room. Tape down board protection for hardwood floors. Contractor is responsible for repairing or replacing any damage to hardwood floors.

B- Rough in the plumbing work for new kitchen layout. Include relocation of "L" copper water lines, heat, and gas lines. Add new water line to refrigerator (for ice maker). Repair or replace the disjointed vent stack in the southeast corner of the kitchen. Relocate radiator to the adjacent wall in the dining room, per plans. Install a vent exhaust using a 3.25x10" rectangular duct for a 380 CFM kitchen hood. Vent duct will run above cabinets, hidden behind the cabinet's crown molding, tight to the joists, to the exterior. Do not bore new holes or make notches in joists.

C- Finish walls and ceiling. Install new recessed lights, under-cabinet lights, smoke detectors, switches and outlets, including 1 exterior outlet on deck, as per plans. If hard-wired and inter-connected smoke detectors are required, they are included in this contract. Contractor can choose to re-use BX sheaths in good condition, if up to code. Provide and install matching hardwood floor in the kitchen, sand, stain and finish it to match existing floor finish. Buffer and apply one clear coat to the existing hardwood floor of the entire first floor area.

D- Install new cabinets, counters, sink, trim, tall (enough to cover duct) (minimize space between ceiling and top of cabinets, use 3.25x10" rectangular duct) crown molding throughout first floor, fixtures, appliances, duct/vent, 2 pendant lights, and backsplash tile. The client will purchase the cabinets, counters, appliances, sink, faucet, hardware, 2 pendant lights. Re-install 2 vent grates for relocated A/C ducts on the ceiling, in the dining room and living room.

E- Prep, sand and refinish (where necessary), prime (where necessary), and paint complete first floor area, and stairway to second floor. Painting includes prep and paint of walls, ceilings, doors and trim. Provide a finished look.

### 3- <u>Second floor modifications and remodel as follows:</u>

A- Finish demolition and frame the two closets and bathroom. Tape down board protection for hardwood floors. Contractor is responsible for repairing or replacing any damage to hardwood floors.

B- Frame and install 2 new bedroom closets per plans. Contractor provides a new white sliding door (stock item), shelf and pole for the master bedroom closet. Re-use existing closet door for the medium sized bedroom closet. Re-use existing bathroom door. Relocate the A/C ductwork into the 2 new closets, and enclose them with drywall. Ensure that the newly-located ductwork has no leaks in the connections or duct. Relocate the radiator in the bathroom to the adjacent wall per plans. Relocate the existing tub, existing toilet, and new vanity per plans. Replace bathtub drain and overflow cover. Re-use the existing main drain. Ensure plumbing lines and drains are not clogged; clean out if necessary. Use "L" copper for supply lines.

C- Provide and install a ½" concrete backboard for shower wall with waterproof membrane, ½" mold/moisture-resistant board for bathroom, and ½" regular drywall in the bedrooms. Subfloor will be installed and leveled, to be the same or within ¼" of the level as the hallway floor. Use concrete backer board below floor tile installation.

4

D- Install floor tiles and wall tiles in the tub area all the way to the ceiling. Finish walls and ceilings, including baseboard.

E- Install bathroom fixtures, including lights and exhaust fan vent, vented to the roof. Leave skylight. The client will purchase bathroom vanity with sink and hardware, sconce lights, mirror. Contractor will provide duct, connections, and roof exit vent.

F- Demolish old, unused and exposed wires on the interior and exterior of house. Do the electric work per plan, including new outlets to code. Provide and install smoke detectors in all bedrooms, outlets, switches, and recessed lights in bathroom and master closet. If required, hard-wired and inter-connected smoke detectors are included. Prep, sand and refinish (where needed), prime (where needed) and paint the complete second floor area. Painting includes prep and paint of walls, ceilings, doors and trim. Bathroom paint will be water resistant.

**In general:** All building costs and materials for the work listed are included. All work will have a finished look, including baseboard and trim. Paint used will be two coats of Sherwin Williams, or Benjamin Moore, or equivalent. Contractor guarantees that all electrical and plumbing work will be up to code (for example, tamper proof plugs where required, 3-way switches where required, and grounded wires), and that all installations will be done correctly, in a good workman-like manner, and up to industry standards and code. For example, new walls will be plumb and square; and cabinets, tile and floor will be level. Includes removal of all debris from site. Includes all overhead for contractors.

**Allowances:**

• Floor and wall and backsplash tiles $2.20 per sqf. Bullnose tiles $2.20 per Lft. Contractor to install.

• Kitchen cabinets, cabinet door knobs and handles, sinks, faucets and counter tops provided by owner. Contractor to install.

• Vinyl plank floors provided by owner. Contractor to install.

• Trims, window casing, crown molding and baseboard throughout house. $1.75 per Lft. No crown molding in basement. Crown molding in first floor rooms will be tall enough, in order to to hide hood vent duct running above wall cabinets. (minimize space between ceiling and top of cabinet - use 3.25 x 10 inch duct) Crown molding on second floor will be normal height, 3-4".

• Bathroom faucets and accessories $100 per bathroom. Contractor to install.

• Bathroom shower fixtures, shower pan, bathtub, toilets, vanities, sinks and mirrors provided by owner. Contractor to install.

• Double French doors, door hardware and lock provided by owner. Contractor to install.

• Appliances (including kitchen wall-mount hood, 24" dishwasher, 30"x79.6" refrigerator, 30" gas range, basement kitchenette electric cooktop, 2 electric heaters in basement). Owner will purchase and contractor to install.

• Exterior doors by kitchen, dining room and basement laundry room. Owner will purchase and contractor to install.

Clients: Davis _____ Jenny _____        Initials        Contractors: Israel _____ Gil _____

5

- Purchasing of chandelier, ceiling fans, wall sconces, pendant lights, and other decorative items are not included in contractor's pricing. Owner will purchase and contractor to install.

- Contractor will provide all building materials for all work listed in this contract, including but not limited to:

  o all lumber, including pressure treated lumber, and joist support and hangers
  o all boards (gypsum, green, concrete, wood), insulation (except Roksul-safe-and-sound for basement ceiling), waterproofing, and membranes
  o cement, concrete, compound, mortar, silicone and grout. Grout color should match the tile color (not contrast).
  o ducts, vents and grates
  o junction boxes, wires, switches, outlet plates, outlets, circuit breakers, sheaths
  o pipes and drains
  o all electrical, plumbing, gas and mechanical connections
  o recessed lights (qty: 6 basement, 12 first floor, 3 second floor) and under-cabinet lights (basement and first floor)
  o 2 bathrooms' light/fan combo
  o white sliding flat closet door for master closet, and white louvered folding doors for utility room
  o hardwood flooring for kitchen, including stain and finish coat.
  o primer and paint (Benjamin Moore, Sherwin Williams or equivalent – enough for 2 coats in entire house – 1 trim color and 2 wall colors)
  o tools, equipment, trash removal and cleanup

- Contractor is not responsible for any unforeseen condition that's not listed in the contract.

- Contractor will remove all debris upon completion of work, and leave the house in a clean, move-in condition.

**TOTAL PRICE: $95,000**

**PAYMENT SCHEDULE:**
(1) $20,000 deposit on first day of work
(2) $20,000 after framing and passing plumbing, electrical, and mechanical rough inspections
(3) $20,000 after drywall and flooring
(4) $20,000 after trim, cabinets, tile and all installations; before painting
(5) $15,000 after painting, pass all final inspections, move-in ready; all items in contract must be complete and in working order; after complete lien releases.

**INSPECTIONS:** Client will decide whether to use DCRA inspector or private firm to complete required inspections. Client will pay written invoice for private inspection, if chosen. Contractor will schedule inspections or give client at least 3 days advance notice when ready to schedule an inspection. Contractor will meet inspectors at the house.

**START AND COMPLETION DATES:** The work will begin on ~~Thursday~~ *Tuesday* May 15th and will finish by August 1st, 2018. A late fee of $200 per weekday or $1000 per week will be assessed for any work not

Initials

*Clients:* Davis_____ Jenny_____          *Contractors:* Israel_____ Gil_____

6

completed by August 1st, so long as the delay is NOT due to client's ordering materials or adding to the work plan. Written proof of additions must be signed by both client and contractor. Client and contractor will agree to a work plan timeline with milestones.

**WORK ORDERS AND CHANGES TO INITIAL AGREEMENT:** All changes require written agreement by both the contractor and client.

**PERMITS:** Contractor or Master sub-contractors are responsible for pulling and paying for permits for electrical, plumbing, gas and mechanical. Client is responsible for the obtaining and paying for the building permit.

**TERMINATION:** Client has the right to terminate contract if contractor does not perform work up to a reasonable industry standard/good workman-like manner, or if contractor is significantly delayed without reasonable explanation (more than 2-weeks behind agreed upon schedule) and has right to a refund for the unperformed work that was already paid for. Contractor has right to terminate contract if client does not pay bills on time per payment details above.

**LIEN RELEASE:** Near the end of project, before final payment, contractor will provide client a complete lien release to prove he has paid all sub-contractors and materials suppliers, as well as any other parties, prior to final payment.

Optional additional work (client will decide later, in writing):
A- Demo part of the exterior wall by the dining room. Replace lintel with a double steel lintel, and install 72" sliding patio exterior door. Client will purchase sliding door. $2300. TBD

**Signatures:**

### CONTRACTORS

| Israel Sayag | | Gil Cohen | |
|---|---|---|---|
| _____ | Date: 5/15/18 | _____ | Date: 5/15/18 |

### CLIENTS

| Davis Giedt | | Jenny Zha | |
|---|---|---|---|
| _____ | Date: 5/14/2018 | _____ | Date: 5/14/18 |

Initials

*Clients:* Davis _____ Jenny _____        *Contractors:* Israel _____ Gil _____



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Telephone: (202) 879-1133**

Davis Giedt and Jenny Zha
_____
                                            Plaintiff

                    vs.                                          Case Number _____

USA Services LLC
_____
                                            Defendant

### SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Samuel B. Russell, Esq.
_____
Name of Plaintiff's Attorney

911 9th Street, NE, Ste. 1
_____
Address
Washington, D.C. 20002

(202) 505-1045
_____
Telephone

*Clerk of the Court*

By _____
                          Deputy Clerk

Date _____

如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시요        የአማርኛ ትርጉም ከፈለጉ ስልክ ቁጥር (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español




**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Teléfono: (202) 879-1133**

Davis Giedt and Jenny Zha
_____
                                    Demandante
            contra

USA Services LLC                                           Número de Caso: _____
_____
                                    Demandado

**CITATORIO**

Al susodicho Demandado:

      Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

      A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

Samuel B. Russell, Esq.
_____                    *SECRETARIO DEL TRIBUNAL*
Nombre del abogado del Demandante

911 9th Street, NE, Ste. 1
_____          Por: _____
Dirección                                                      Subsecretario
Washington, D.C. 20002

(202) 505-1045
_____          Fecha _____
Teléfono

如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시오     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

      IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

      Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CASUM.doc



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Telephone: (202) 879-1133**

Davis Giedt and Jenny Zha
_____
Plaintiff

vs.                                                      Case Number _____

Israel Sayag
_____
Defendant

### SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Samuel B. Russell, Esq.
_____
Name of Plaintiff's Attorney

911 9th Street, NE, Ste. 1
_____
Address
Washington, D.C. 20002

(202) 505-1045
_____
Telephone

_Clerk of the Court_

By _____
Deputy Clerk

Date _____

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시요    የአማርኛ ትርጉም ከፈለጉ (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Teléfono: (202) 879-1133

Davis Giedt and Jenny Zha
_____
Demandante

contra

Israel Sayag
_____                Número de Caso: _____
Demandado

**CITATORIO**

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

Samuel B. Russell, Esq.                        *SECRETARIO DEL TRIBUNAL*
Nombre del abogado del Demandante

911 9th Street, NE, Ste. 1                      Por: _____
Dirección                                              Subsecretario
Washington, D.C. 20002

(202) 505-1045                                   Fecha _____
Teléfono

如需翻译,请打电话 (202) 879-4828   Veuillez appeler au (202) 879-4828 pour une traduction   Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요   የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CASUM.doc



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Telephone: (202) 879-1133**

Davis Giedt and Jenny Zha
_____
Plaintiff

vs.                                                        Case Number _____

Gil Cohen
_____
Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Samuel B. Russell, Esq.
_____            _Clerk of the Court_
Name of Plaintiff's Attorney

911 9th Street, NE, Ste. 1                           By _____
Address                                                            Deputy Clerk
Washington, D.C. 20002

(202) 505-1045                                       Date _____
Telephone
如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요      የአማርኛ ትርጉም ከፈለጉ ስልክ ቁጥር (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                                                                    CASUM.doc





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Teléfono: (202) 879-1133**

Davis Giedt and Jenny Zha
_____
                                    Demandante
          contra

Gil Cohen                                              Número de Caso: _____
_____
                                    Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

| | |
|---|---|
| Samuel B. Russell, Esq. | _SECRETARIO DEL TRIBUNAL_ |
| Nombre del abogado del Demandante | |
| | |
| 911 9th Street, NE, Ste. 1 | Por: _____ |
| Dirección | Subsecretario |
| Washington, D.C. 20002 | |
| | |
| (202) 505-1045 | Fecha _____ |
| Teléfono | |

如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시요      የአማርኛ ትርጉም ከፈለጉ (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO_.

Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CASUM.doc

Filed
D.C. Superior Court
12/14/2018 17:32PM
Clerk of the Court

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH

INFORMATION SHEET

| | |
|---|---|
| Davis Giedt and Jenny Zha | Case Number: __2018 CA 008631 B__ |
| vs | Date: _____ |
| USA Services LLC, Israel Sayag, and Gil Cohen | ☐ One of the defendants is being sued in their official capacity. |

| | |
|---|---|
| Name: *(Please Print)* <br> Samuel B. Russell, Esq. <br> Firm Name: <br> The Russell Firm PLLC <br> Telephone No.:    Six digit Unified Bar No.: <br> (202) 505-1045    1000973 | Relationship to Lawsuit <br> ☒ Attorney for Plaintiff's <br> ☐ Self (Pro Se) <br> ☐ Other: _____ |

TYPE OF CASE: ☐ Non-Jury    ☒ 6 Person Jury    ☐ 12 Person Jury

Demand: $ 177,699.63 + fees, costs, interest    Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.:_____ Judge: _____ Calendar #:_____

Case No.:_____ Judge: _____ Calendar#:_____

---

**NATURE OF SUIT:**    *(Check One Box Only)*

**A. CONTRACTS**            **COLLECTION CASES**

| | | |
|---|---|---|
| ☒ 01 Breach of Contract | ☐ 14 Under $25,000 Pltf. Grants Consent | ☐ 16 Under $25,000 Consent Denied |
| ☐ 02 Breach of Warranty | ☐ 17 OVER $25,000 Pltf. Grants Consent | ☐ 18 OVER $25,000 Consent Denied |
| ☐ 06 Negotiable Instrument | ☐ 27 Insurance/Subrogation | ☐ 26 Insurance/Subrogation |
| ☐ 07 Personal Property |     Over $25,000 Pltf. Grants Consent |     Over $25,000 Consent Denied |
| ☐ 13 Employment Discrimination | ☐ 07 Insurance/Subrogation | ☐ 34 Insurance/Subrogation |
| ☐ 15 Special Education Fees |     Under $25,000 Pltf. Grants Consent |     Under $25,000 Consent Denied |
| | ☐ 28 Motion to Confirm Arbitration | |
| |     Award (Collection Cases Only) | |

---

**B. PROPERTY TORTS**

| | | |
|---|---|---|
| ☐ 01 Automobile | ☐ 03 Destruction of Private Property | ☐ 05 Trespass |
| ☐ 02 Conversion | ☐ 04 Property Damage | |
| ☐ 07 Shoplifting, D.C. Code § 27-102 (a) | | |

---

**C. PERSONAL TORTS**

| | | |
|---|---|---|
| ☐ 01 Abuse of Process | ☐ 10 Invasion of Privacy | ☐ 17 Personal Injury- (Not Automobile, Not Malpractice) |
| ☐ 02 Alienation of Affection | ☐ 11 Libel and Slander | ☐ 18 Wrongful Death (Not Malpractice) |
| ☐ 03 Assault and Battery | ☐ 12 Malicious Interference | ☐ 19 Wrongful Eviction |
| ☐ 04 Automobile- Personal Injury | ☐ 13 Malicious Prosecution | ☐ 20 Friendly Suit |
| ☐ 05 Deceit (Misrepresentation) | ☐ 14 Malpractice Legal | ☐ 21 Asbestos |
| ☐ 06 False Accusation | ☐ 15 Malpractice Medical (Including Wrongful Death) | ☐ 22 Toxic/Mass Torts |
| ☐ 07 False Arrest | ☐ 16 Negligence- (Not Automobile, | ☐ 23 Tobacco |
| ☐ 08 Fraud |     Not Malpractice) | ☐ 24 Lead Paint |

SEE REVERSE SIDE AND CHECK HERE      IF USED

CV-496/June 2015

# Information Sheet, Continued

**C. OTHERS**

- ☐ 01 Accounting
- ☐ 02 Att. Before Judgment
- ☐ 05 Ejectment
- ☐ 09 Special Writ/Warrants
  (DC Code § 11-941)
- ☐ 10 Traffic Adjudication
- ☐ 11 Writ of Replevin
- ☐ 12 Enforce Mechanics Lien
- ☐ 16 Declaratory Judgment

- ☐ 17 Merit Personnel Act (OEA)
  (D.C. Code Title 1, Chapter 6)
- ☐ 18 Product Liability
- ☐ 24 Application to Confirm, Modify,
  Vacate Arbitration Award (DC Code § 16-4401)
- ☐ 29 Merit Personnel Act (OHR)
- ☐ 31 Housing Code Regulations
- ☐ 32 Qui Tam
- ☐ 33 Whistleblower

**II.**

- ☐ 03 Change of Name
- ☐ 06 Foreign Judgment/Domestic
- ☐ 08 Foreign Judgment/International
- ☐ 13 Correction of Birth Certificate
- ☐ 14 Correction of Marriage
  Certificate
- ☐ 26 Petition for Civil Asset Forfeiture (Vehicle)
- ☐ 27 Petition for Civil Asset Forfeiture (Currency)
- ☐ 28 Petition for Civil Asset Forfeiture (Other)

- ☐ 15 Libel of Information
- ☐ 19 Enter Administrative Order as
  Judgment [ D.C. Code §
  2-1802.03 (h) or 32-151 9 (a)]
- ☐ 20 Master Meter (D.C. Code §
  42-3301, et seq.)

- ☐ 21 Petition for Subpoena
  [Rule 28-1 (b)]
- ☐ 22 Release Mechanics Lien
- ☐ 23 Rule 27(a)(1)
  (Perpetuate Testimony)
- ☐ 24 Petition for Structured Settlement
- ☐ 25 Petition for Liquidation

**D. REAL PROPERTY**

- ☐ 09 Real Property-Real Estate
- ☐ 12 Specific Performance
- ☐ 04 Condemnation (Eminent Domain)
- ☐ 10 Mortgage Foreclosure/Judicial Sale
- ☐ 11 Petition for Civil Asset Forfeiture (RP)

- ☐ 08 Quiet Title
- ☐ 25 Liens: Tax / Water Consent Granted
- ☐ 30 Liens: Tax / Water Consent Denied
- ☐ 31 Tax Lien Bid Off Certificate Consent Granted

_____
Attorney's Signature

Dec. 14, 2018
_____
Date

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | |
|---|---|
| **Davis Giedt and Jenny Zha**<br>3608 Whitehaven Pkwy NW,<br>Washington, D.C. 20007,<br><br>Plaintiff,<br><br>v.<br><br>**USA Services LLC,**<br>1013 S. Belgrade Rd.,<br>Silver Spring, MD 20902,<br><br>**Israel Sayag,**<br>1013 South Belgrade Road<br>Silver Spring, MD 20902,<br><br>and<br><br>**Gil Cohen,**<br>11229 Bybee Street<br>Silver Spring, MD 20902,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>CIVIL ACTION NO. <u>2018 CA 008631 B</u><br><br>COMPLAINT, JURY DEMAND |

## COMPLAINT
### (Breach of Contract, Fraud, Negligent Misrepresentation)

**COME NOW** the Plaintiffs, Davis Giedt and Jenny Zha, by counsel, and for their

complaint against the Defendants, USA Services LLC, Israel Sayag, and Gil Cohen, state

as follows:

### Nature of the Action

1.      This is an action for breach of contract, fraud, and negligent

misrepresentation, brought by D.C. homeowners Davis Giedt and Jenny Zha against

Maryland-based remodeling contractor USA Services LLC, to obtain money damages for

the contractor's breach of contract, to wit: failing to perform the work called for in the contract, failing to deliver work correctly and in a good and workmanlike manner up to industry standards and code, failing to perform timely, and wrongly terminating the contract when work remained outstanding.  Moreover, the action seeks compensation and treble damages owing to all defendants' fraudulent inducement or negligent misrepresentation, to wit that USA Services LLC had the then-present intention and capacity to perform the scope of work called for in the contract within the stated time and for the stated contract price.

**The Parties**

2.      The co-plaintiff Mr. Giedt is an individual resident of the District of Columbia.

3.      The co-plaintiff Ms. Zha is an individual resident of the District of Columbia.

4.      The co-plaintiffs are husband and wife, and jointly own the home that is the subject of this dispute.

5.      Upon information and belief, the co-defendant USA Services LLC is a Maryland limited liability company with a principal office at 1013 South Belgrade Road, Silver Spring, Maryland 20902.

6.      Upon information and belief, the co-defendant Israel Sayag is an individual with a principal residence at 1013 South Belgrade Road, Silver Spring, Maryland 20902.

7.      Israel Sayag is an agent of USA Services LLC.

8.      Upon information and belief, the co-defendant Gil Cohen is an individual with a principal residence at 11229 Bybee Street, Silver Spring, Maryland 20902.

9.      Gil Cohen is an agent of USA Services LLC.

### Jurisdiction

10.     This Court has subject matter jurisdiction over this matter pursuant to D.C. Code Ann. §§ 11-921.

11.     This Court has personal jurisdiction over USA Services LLC under D.C. Code Ann. § 13-423 because the claims for relief arise from the defendant's transacting business in the District of Columbia and contracting to supply services in the District of Columbia.

12.     This Court has personal jurisdiction over Mr. Sayag and Mr. Cohen under § 13-423 because they caused tortious injury in the District of Columbia by an act or omission in the District of Columbia.

### Facts

13.     Mr. Giedt and Ms. Zha own the property at 3608 Whitehaven Parkway, Northwest, Washington, D.C. 20007 (the "Property").

14.     They sought to undertake an extensive remodel of the Property in order to use it as their primary residence beginning August 2018.

15.     To that end, Ms. Zha emailed USA Services, LLC on April 26, 2018 with an initial inquiry, and sent a draft set of plans for the remodeling project.

16.     Mr. Giedt interviewed USA Services LLC on or about May 6, 2018.

17.     After Mr. Giedt explained to USA Services the scope of work that he and Ms. Zha intended, Israel Sayag carefully inspected the Property on or about May 6, 2018.

18.     During this inspection, Mr. Sayag had unfettered access to the inside and outside of the Property.

19.     This inspection lasted between sixty and ninety minutes.

20.     After this inspection, Israel Sayag and Gil Cohen represented over the phone on May 9th and 13th, and in person on May 15th, to both Mr. Giedt and Ms. Zha, that USA Services had the ability and intention to:

    a.   build walls to be straight and plumb,

    b.   install ceilings to be flat,

    c.   install items to be level and plumb,

    d.   do structural work that is safe,

    e.   install all items correctly (including but not limited to electrical items, plumbing, cabinetry, and trim),

    f.   perform work in a good workman-like manner, and up to industry standards and code, and

    g.   complete the project by August 1st, 2018.

21.     At the time that Mr. Sayag and Mr. Cohen made these representations, they were acting as agents of USA Services, within the scope of their agency.

22.     These statements were false when Mr. Sayag and Mr. Cohen made them. In fact, USA Services did not have the ability or intent to perform items 19(a) through 19(g), above.

23.     On or about May 15, 2018, Mr. Sayag, Mr. Cohen, and both plaintiffs performed a final walk-through of the house, which lasted between 90 minutes and two hours.

24.     Mr. Sayag repeated that USA Services had the ability to build walls to be straight and plumb, install ceilings to be flat, install items to be level and plumb, perform structural work that is safe, install all items correctly (including but not limited to electrical items, plumbing, cabinetry, and trim), and perform work in a good workman-like manner, and up to industry standards and code, and that project would be completed by August 1st, 2018.

25.     Mr. Sayag identified wall work that would be performed, and said that the defendant had the ability and intention to build walls to be straight, square, and plumb.

26.     Upon information and belief, these statements were false.

27.     These statements were material.

28.     Upon information and belief, USA Services knew, at the time, that it could not make the walls straight and plumb for the price and in the timeframe quoted.

29.     USA Services should have known, at the time that it could not make the walls straight and plumb for the price and in the timeframe quoted.

30.     USA Services made these statements with the intention that the plaintiffs rely on them.

31.     In reliance on these statements, the plaintiffs entered into the Contract with the defendant.

### COUNT I – Breach of Contract
### (Against USA Services, LLC)

32.     The plaintiffs incorporate the allegations in the foregoing paragraphs as if fully set forth herein.

33.     A valid and enforceable written contract exists between Mr. Giedt and Ms. Zha, on the one hand, and USA Services LLC on the other.

34. The Contract creates legally enforceable obligations of USA Services to Mr. Giedt and Ms. Zha, including:

    a. Perform the entire scope of work listed in the contract;

    b. Deliver work with a "finished look";

    c. Perform work "correctly, in a good workman-like manner, and up to industry standards and code";

    d. Install new walls to be "plumb and square";

    e. Complete all work by August 1, 2018, later extended to August 18, 2018.

35. USA Services LLC breached these obligations to Mr. Giedt and Ms. Zha in the following ways:

    a. It failed to perform the entire scope of work;

    b. It failed to deliver all work with a "finished look";

    c. It failed to perform work "correctly, in a good workman-like manner, and up to industry standards and code";

    d. It failed to install new walls to be "plumb and square"; and

    e. It failed to complete all work by August 18, 2018.

36. Mr. Giedt and Ms. Zha were damaged by these breaches in the following ways:

    a. They have had to hire replacement contractors to complete the work;

    b. They have incurred additional costs to date to make alternative living arrangements past August 18, 2018 while the project remains incomplete;

    c.    They will continue to incur costs in the future to make alternative living arrangements past August 18, 2018 while the project remains incomplete.

37.    The foregoing damages were caused by USA Services' breaches of the Contract.

**WHEREFORE**, the Plaintiffs Davis Giedt and Jenny Zha request that this Honorable Court enter judgment against the Defendant USA Services LLC, individually, in the amount of not less than $59,233.21, and in addition thereto the plaintiffs request pre- and post-judgement interest, attorney's fees and litigation costs incurred to date and to be incurred through the end of this action, and for such other and further relief as this Court deems just and proper.

### COUNT II – Fraud
### (Against All Defendants)

38.    The plaintiffs incorporate the allegations in the foregoing paragraphs as if fully set forth herein.

39.    As set forth above, Israel Sayag represented to the plaintiffs that USA Services could perform the work identified in paragraph 33 for $95,000, and could complete this work within eleven weeks.

40.    Gil Cohen represented to the plaintiffs that USA Services could perform the work identified in paragraph 33 for $95,000, and could complete this work within eleven weeks.

41.    Both Mr. Sayag and Mr. Cohen were acting as agents of USA Services, within the scope of their agency, when they made the representations in paragraphs 38 and 39.

7

42.     USA Services is liable for the false statements of Mr. Sayag and Mr. Cohen made within the scope of their agency.

43.     These statements were material.

44.     Upon information and belief, all defendants had knowledge of the falsity of these statements at the time the statements were made.

45.     Upon information and belief, all defendants intended to deceive the plaintiffs with these statements.

46.     These misrepresentations were directly made to the plaintiffs during their meetings with USA Services' agents, Israel Sayag and Gil Cohen, and were later explicitly contained within the contract itself.

47.     The plaintiffs took action relying on these misrepresentations.  They entered into a home improvement contract with USA Services.

48.     But for USA Services' and Israel Sayag's and Gil Cohen's misrepresentations, the plaintiffs would not have entered into the home improvement contract with USA Services, nor would they have paid advance sums before the contract was completely performed.

**WHEREFORE,** the Plaintiffs Davis Giedt and Jenny Zha request that this Honorable Court enter judgment against the Defendants USA Services LLC, Israel Sayag and Gil Cohen, jointly and severely, in the amount of not less than $177,699.63 (to include treble damages), and in addition thereto Mr. Giedt and Ms. Zha request pre- and post-judgement interest, attorney's fees and litigation costs incurred to date and to be incurred through the end of this action, and for such other and further relief as this Court deems just and proper.

## COUNT III – Negligent Misrepresentation
### (Against All Defendants)

49.     The plaintiffs incorporate the allegations in the foregoing paragraphs as if fully set forth herein.

50.     As set forth above, Israel Sayag represented to the plaintiffs that USA Services could perform the work identified in paragraph 33 for $95,000, and could complete this work within eleven weeks.

51.     Gil Cohen represented to the plaintiffs that USA Services could perform the work identified in paragraph 33 for $95,000, and could complete this work within eleven weeks.

52.     Both Mr. Sayag and Mr. Cohen were acting as agents of USA Services, within the scope of their agency, when they made the representations in paragraphs 48 and 49.

53.     USA Services is liable for the false statements of Mr. Sayag and Mr. Cohen made within the scope of their agency.

54.     These statements were material.

55.     Alternatively, Mr. Sayag and Mr. Cohen omitted the fact that USA Services could not perform the contract at the agreed price and within the agreed timeframe.

56.     All defendants had a duty to disclose this fact.

57.     These misrepresentations were directly made to the plaintiffs during their meetings with USA Services' agent and were later explicitly contained within the contract itself.

58.     The misstatements above all respect material facts.

59.     The plaintiffs reasonably relied on these misrepresentations and/or omissions to their detriment.

60.     Among other things, they entered into a home improvement contract with USA Services and paid advance sums under the contract before the contract was completely performed.

61.     But for USA Services', Israel Sayag's, and Gil Cohen's misrepresentations, the plaintiffs would not have entered into the home improvement contract with USA Services, nor would they have paid advance sums before the contract was completely performed.

**WHEREFORE,** the Plaintiffs Davis Giedt and Jenny Zha request that this Honorable Court enter judgment against the Defendants USA Services LLC, Israel Sayag, and Gil Cohen, jointly and severally, in the amount of not less than $59,233.21, and in addition thereto Mr. Giedt and Ms. Zha request pre- and post-judgement interest, attorney's fees and litigation costs incurred to date and to be incurred through the end of this action, and for such other and further relief as this Court deems just and proper.

## <u>JURY DEMAND</u>

62. The Plaintiffs demand a trial by jury on all issues so triable.


Respectfully submitted,


_____/s/_____
Samuel B. Russell, Esq.
The Russell Firm PLLC
911 9th St, NE
Ste. 1
Washington, D.C. 20002
(202) 505-1045
Sam@TheRussellFirm.com

DC Bar No.: 100973
*Counsel for the Plaintiffs*

EXHIBIT A

1

# CONSTRUCTION CONTRACT
## Date: 5/14/2018

CONTRACTOR:
USA Services LLC
1013 S. Belgrade Rd
Silver Spring, MD 20902
usaservicesllc@gmail.com
MHIC#89990-1

USA Services LLC is pleased to present to you with our contract for the work to be performed on the below project. Our contract has been prepared to furnish all labor, tools, equipment, transportation, supplies, insurance, delivery and services necessary to complete the work at the below address.

CLIENT:
Davis Giedt and Jenny Zha
3608 Whitehaven Pkwy NW
Washington, DC 20007
Tel: 831-277-1845 (Davis); 916-622-2836 (Jenny)
E-mail: davisgiedt@gmail.com ; jennyzha@hotmail.com

**General Description**: Interior remodeling and partial exterior work as per drawings provided by the client dated 5/10/2018 and delineated below.

1- **Basement area:**

A- Demolish remaining beadboard wall behind toilet drain and frame new walls per plans, including exterior walls with insulation and party wall. Jack up support in basement ceiling structure so main stair (1st floor to 2nd floor) is no longer sloped at the bottom, according to structural engineer's plan; structural engineer fee is not included in contractor pricing. Contractor and client to agree on pricing in writing before structural engineering assessment, plan and drawings are ordered. Wall between kitchenette and laundry (with double glass french doors) to be installed as a temporary wall, at the end. Wall for utility closet is a permanent wall.

B- Break the concrete floor and relocate the drain for the 34"x42" shower, and toilet drain, per plans. Provide and install backflow preventers for toilet and shower drains. Provide new concrete and gravel to replace broken concrete.

C- Relocate and replace the gas lines and radiator lines. Relocate them in between the floor joists, along the party wall and above the kitchenette cabinet, for full ceiling height. Include testing of gas line. New gas line along west wall (party wall) will be run close to the ceiling joists and party wall, so that it will be unseen above the newly framed wall. Gas line will then run in between joist bay to cross the basement ceiling. Plumbing and heat lines will allow for full ceiling height (ceiling drywall will be all the way up to bottom of joists). Lines can be run below joists above the kitchenette cabinets.

D- Relocate the existing drain and water lines. Demolish and cap part of the unused vent pipe near bathroom. Remove and dispose of the utility sink. Relocate the dryer to be beside the washing machine. Install ducts and vent for dryer, bathroom fan, and kitchenette exhaust, will run in between

Clients: Davis _____ Jenny _____        Initials        Contractors: Israel _____ Gil _____

2

the joists, through the utility closet to exterior, for full ceiling height. Install new drain and water lines for new kitchenette sink per plans. New plumbing lines will be done in-between joists or studs or tightly above the kitchenette cabinets. Do not bore holes or make notches through joists. Ensure that plumbing lines and drains are not clogged; clean out if necessary. Use "L" copper lines for all water lines.

E- Demolish all old unused exposed wires (there are phone wires and a pipe that are crossing between houses and cannot be removed), on interior and exterior. Install new electrical per plans, including dedicated outlet on the kitchenette cabinet wall for a microwave and dedicated outlet for office A/C unit. Electrical wires should be hidden within walls for a finished look. Install new outlets to code. Contractor can choose to re-use BX sheaths in good condition, if up to code. Install light fixture on the office ceiling and bathroom exhaust fan. Do not bore holes or make notches through joists. Electrical can run between the joists to get across basement ceiling, then along the gas line on West wall. Relocate boiler switch to be easily accessible from the utility/laundry room. Junction boxes on ceiling will be relocated to be in between joists; electrical wiring runs will allow for maximum ceiling height (ceiling drywall will be all the way up to bottom of joists).

Install new recessed lights in bathroom, utility/laundry room, and kitchenette and closet under stairs, battery operated smoke detector, switches and outlets. Save ceiling light in the basement office, for re-use. Smoke detectors must pass inspection. If they do not pass and we need to replace with hard-wired, interconnected, that is included in contract.

F- Insulate the exterior walls and install a ½" drywall for the area. Use water/mold-resistant board for bathroom and half wall, the laundry area, and sink area. All other basement areas can be ½" regular drywall. Shower walls will be a ½" concrete backer board with waterproof membrane. Install sound insulation batting in entire basement ceiling, in between joists.

G- Finish bathroom floor with tile and baseboard. Finish rest of the basement floor with vinyl plank and baseboard. Under all flooring (tile and vinyl plank), remove nails, prep and level concrete floor where necessary, and lay down thin foam floor insulation (if necessary). Install pre-fabricated shower base, purchased by client. Install tile for shower walls. Install a vent fan including duct, lights and electric heater, for bathroom.

J- Provide and install doors per plans: new white, double glass French doors for laundry entry, new white, bifold louvered for utility closet, and reuse the existing door for bathroom entry. Provide and install door and window trim and baseboard. Finish walls and ceilings. Prep and paint the complete basement and basement stairs. Bathroom paint will be water resistant. Painting includes prep, sand (where needed), prime (where needed), and paint of walls, ceilings, doors and trim. Provide a finished look.

K- Install new base cabinets, wall cabinets, under-cabinet lights, and countertop sink and faucet, and exhaust fan and electric cooktop (need to consult if installation of cooktop in basement is per code, if so contractor to install) for kitchenette. Install all bathroom fixtures. Install a new wall heater in the bathroom and kick space heater in the kitchenette (both electric). Client will provide both heaters.

### 2- **First floor area (kitchen, dining, living):**

A- Demolish part of interior wall to widen archway per plans. Demolish all existing exposed wires (interior and exterior). Remove the existing wire sheath and outlet from the plaster kitchen wall. Redo the new electric work per plans. Remove electrical outlet by front door radiator. Do not bore new holes

Initials

*Clients:* Davis _____ Jenny _____       *Contractors:* Israel _____ Gil _____

3

or make notches through joists. Widen the interior archway (only towards the direction of the main stack) and reconstruct a wider, round-top archway between the dining to living room. Tape down board protection for hardwood floors. Contractor is responsible for repairing or replacing any damage to hardwood floors.

B- Rough in the plumbing work for new kitchen layout. Include relocation of "L" copper water lines, heat, and gas lines. Add new water line to refrigerator (for ice maker). Repair or replace the disjointed vent stack in the southeast corner of the kitchen. Relocate radiator to the adjacent wall in the dining room, per plans. Install a vent exhaust using a 3.25x10" rectangular duct for a 380 CFM kitchen hood. Vent duct will run above cabinets, hidden behind the cabinet's crown molding, tight to the joists, to the exterior. Do not bore new holes or make notches in joists.

C- Finish walls and ceiling. Install new recessed lights, under-cabinet lights, smoke detectors, switches and outlets, including 1 exterior outlet on deck, as per plans. If hard-wired and inter-connected smoke detectors are required, they are included in this contract. Contractor can choose to re-use BX sheaths in good condition, if up to code. Provide and install matching hardwood floor in the kitchen, sand, stain and finish it to match existing floor finish. Buffer and apply one clear coat to the existing hardwood floor of the entire first floor area.

D- Install new cabinets, counters, sink, trim, tall (enough to cover duct) (minimize space between ceiling and top of cabinets, use 3.25x10" rectangular duct) crown molding throughout first floor, fixtures, appliances, duct/vent, 2 pendant lights, and backsplash tile. The client will purchase the cabinets, counters, appliances, sink, faucet, hardware, 2 pendant lights. Re-install 2 vent grates for relocated A/C ducts on the ceiling, in the dining room and living room.

E- Prep, sand and refinish (where necessary), prime (where necessary), and paint complete first floor area, and stairway to second floor. Painting includes prep and paint of walls, ceilings, doors and trim. Provide a finished look.

### 3- <u>Second floor modifications and remodel as follows:</u>

A- Finish demolition and frame the two closets and bathroom. Tape down board protection for hardwood floors. Contractor is responsible for repairing or replacing any damage to hardwood floors.

B- Frame and install 2 new bedroom closets per plans. Contractor provides a new white sliding door (stock item), shelf and pole for the master bedroom closet. Re-use existing closet door for the medium sized bedroom closet. Re-use existing bathroom door. Relocate the A/C ductwork into the 2 new closets, and enclose them with drywall. Ensure that the newly-located ductwork has no leaks in the connections or duct. Relocate the radiator in the bathroom to the adjacent wall per plans. Relocate the existing tub, existing toilet, and new vanity per plans. Replace bathtub drain and overflow cover. Re-use the existing main drain. Ensure plumbing lines and drains are not clogged; clean out if necessary. Use "L" copper for supply lines.

C- Provide and install a ½" concrete backboard for shower wall with waterproof membrane, ½" mold/moisture-resistant board for bathroom, and ½" regular drywall in the bedrooms. Subfloor will be installed and leveled, to be the same or within ¼" of the level as the hallway floor. Use concrete backer board below floor tile installation.

Clients: Davis_____ Jenny_____          Initials          Contractors: Israel_____ Gil_____

4

D- Install floor tiles and wall tiles in the tub area all the way to the ceiling. Finish walls and ceilings, including baseboard.

E- Install bathroom fixtures, including lights and exhaust fan vent, vented to the roof. Leave skylight. The client will purchase bathroom vanity with sink and hardware, sconce lights, mirror. Contractor will provide duct, connections, and roof exit vent.

F- Demolish old, unused and exposed wires on the interior and exterior of house. Do the electric work per plan, including new outlets to code. Provide and install smoke detectors in all bedrooms, outlets, switches, and recessed lights in bathroom and master closet. If required, hard-wired and inter-connected smoke detectors are included. Prep, sand and refinish (where needed), prime (where needed) and paint the complete second floor area. Painting includes prep and paint of walls, ceilings, doors and trim. Bathroom paint will be water resistant.

**In general:** All building costs and materials for the work listed are included. All work will have a finished look, including baseboard and trim. Paint used will be two coats of Sherwin Williams, or Benjamin Moore, or equivalent. Contractor guarantees that all electrical and plumbing work will be up to code (for example, tamper proof plugs where required, 3-way switches where required, and grounded wires), and that all installations will be done correctly, in a good workman-like manner, and up to industry standards and code. For example, new walls will be plumb and square; and cabinets, tile and floor will be level. Includes removal of all debris from site. Includes all overhead for contractors.

**Allowances:**

• Floor and wall and backsplash tiles $2.20 per sqf. Bullnose tiles $2.20 per Lft. Contractor to install.

• Kitchen cabinets, cabinet door knobs and handles, sinks, faucets and counter tops provided by owner. Contractor to install.

• Vinyl plank floors provided by owner. Contractor to install.

• Trims, window casing, crown molding and baseboard throughout house. $1.75 per Lft. No crown molding in basement. Crown molding in first floor rooms will be tall enough, in order to to hide hood vent duct running above wall cabinets. (minimize space between ceiling and top of cabinet - use 3.25 x 10 inch duct) Crown molding on second floor will be normal height, 3-4".

• Bathroom faucets and accessories $100 per bathroom. Contractor to install.

• Bathroom shower fixtures, shower pan, bathtub, toilets, vanities, sinks and mirrors provided by owner. Contractor to install.

• Double French doors, door hardware and lock provided by owner. Contractor to install.

• Appliances (including kitchen wall-mount hood, 24" dishwasher, 30"x79.6" refrigerator, 30" gas range, basement kitchenette electric cooktop, 2 electric heaters in basement). Owner will purchase and contractor to install.

• Exterior doors by kitchen, dining room and basement laundry room. Owner will purchase and contractor to install.

Clients: Davis _____ Jenny _____          Initials          Contractors: Israel _____ Gil _____

5

- Purchasing of chandelier, ceiling fans, wall sconces, pendant lights, and other decorative items are not included in contractor's pricing. Owner will purchase and contractor to install.

- Contractor will provide all building materials for all work listed in this contract, including but not limited to:

  o all lumber, including pressure treated lumber, and joist support and hangers
  o all boards (gypsum, green, concrete, wood), insulation (except Roksul-safe-and-sound for basement ceiling), waterproofing, and membranes
  o cement, concrete, compound, mortar, silicone and grout. Grout color should match the tile color (not contrast).
  o ducts, vents and grates
  o junction boxes, wires, switches, outlet plates, outlets, circuit breakers, sheaths
  o pipes and drains
  o all electrical, plumbing, gas and mechanical connections
  o recessed lights (qty: 6 basement, 12 first floor, 3 second floor) and under-cabinet lights (basement and first floor)
  o 2 bathrooms' light/fan combo
  o white sliding flat closet door for master closet, and white louvered folding doors for utility room
  o hardwood flooring for kitchen, including stain and finish coat.
  o primer and paint (Benjamin Moore, Sherwin Williams or equivalent – enough for 2 coats in entire house – 1 trim color and 2 wall colors)
  o tools, equipment, trash removal and cleanup

- Contractor is not responsible for any unforeseen condition that's not listed in the contract.

- Contractor will remove all debris upon completion of work, and leave the house in a clean, move-in condition.

**TOTAL PRICE: $95,000**

**PAYMENT SCHEDULE:**
(1) $20,000 deposit on first day of work

(2) $20,000 after framing and passing plumbing, electrical, and mechanical rough inspections
(3) $20,000 after drywall and flooring
(4) $20,000 after trim, cabinets, tile and all installations; before painting
(5) $15,000 after painting, pass all final inspections, move-in ready; all items in contract must be complete and in working order; after complete lien releases.

**INSPECTIONS:** Client will decide whether to use DCRA inspector or private firm to complete required inspections. Client will pay written invoice for private inspection, if chosen. Contractor will schedule inspections or give client at least 3 days advance notice when ready to schedule an inspection. Contractor will meet inspectors at the house.

**START AND COMPLETION DATES:** The work will begin on ~~Thursday~~ Tuesday May 15th and will finish by August 1st, 2018. A late fee of $200 per weekday or $1000 per week will be assessed for any work not

Initials

*Clients:* Davis_____ Jenny_____        *Contractors:* Israel_____ Gil_____

6

completed by August 1st, so long as the delay is NOT due to client's ordering materials or adding to the work plan. Written proof of additions must be signed by both client and contractor. Client and contractor will agree to a work plan timeline with milestones.

**WORK ORDERS AND CHANGES TO INITIAL AGREEMENT:** All changes require written agreement by both the contractor and client.

**PERMITS:** Contractor or Master sub-contractors are responsible for pulling and paying for permits for electrical, plumbing, gas and mechanical. Client is responsible for the obtaining and paying for the building permit.

**TERMINATION:** Client has the right to terminate contract if contractor does not perform work up to a reasonable industry standard/good workman-like manner, or if contractor is significantly delayed without reasonable explanation (more than 2-weeks behind agreed upon schedule) and has right to a refund for the unperformed work that was already paid for. Contractor has right to terminate contract if client does not pay bills on time per payment details above.

**LIEN RELEASE:** Near the end of project, before final payment, contractor will provide client a complete lien release to prove he has paid all sub-contractors and materials suppliers, as well as any other parties, prior to final payment.

Optional additional work (client will decide later, in writing):
A- Demo part of the exterior wall by the dining room. Replace lintel with a double steel lintel, and install 72" sliding patio exterior door. Client will purchase sliding door. $2300. TBD

**Signatures:**                                                                                 G-C

## CONTRACTORS

**Israel Sayag**                                    **Gil Cohen**

_____ Date: 5/15/18          _____ Date: 5/15/18

## CLIENTS

**Davis Giedt**                                      **Jenny Zha**

_____ Date: 5/14/2018        _____ Date: 5/14/18

Initials

_Clients:_ Davis ____ Jenny ____          _Contractors:_ Israel ____ Gil ____



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Telephone: (202) 879-1133**

Davis Giedt and Jenny Zha
_____
                                    Plaintiff

                        vs.                                          Case Number _____

USA Services LLC
_____
                                    Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Samuel B. Russell, Esq.
_____
Name of Plaintiff's Attorney                                    _Clerk of the Court_

911 9th Street, NE, Ste. 1
_____        By _____
Address                                                                                Deputy Clerk
Washington, D.C. 20002

(202) 505-1045
_____        Date _____
Telephone

如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시요        የአማርኛ ትርጉም ከፈለጉ (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español







**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Teléfono: (202) 879-1133

Davis Giedt and Jenny Zha

_____
                                    Demandante

          contra

                                                    Número de Caso: _____

USA Services LLC

_____
                                    Demandado

**CITATORIO**

Al susodicho Demandado:

     Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

     A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

Samuel B. Russell, Esq.                                    *SECRETARIO DEL TRIBUNAL*
_____
Nombre del abogado del Demandante

911 9th Street, NE, Ste. 1                              Por: _____
Dirección                                                                      Subsecretario
Washington, D.C. 20002

(202) 505-1045                                            Fecha _____
Teléfono

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시요    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

     IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

     Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CASUM.doc



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Telephone: (202) 879-1133**

Davis Giedt and Jenny Zha
_____
                                                    Plaintiff

                        vs.                                          Case Number _____

Israel Sayag
_____
                                                    Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Samuel B. Russell, Esq.
_____                    _Clerk of the Court_
Name of Plaintiff's Attorney

911 9th Street, NE, Ste. 1
_____         By _____
Address                                                               Deputy Clerk
Washington, D.C. 20002

(202) 505-1045
_____         Date _____
Telephone
如需翻译，请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시오      የአማርኛ ትርጉም ከፈለጉ ስልክ ቁጥር (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                                                                          CASUM.doc

 

**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Teléfono: (202) 879-1133**

Davis Giedt and Jenny Zha
_____
                                    Demandante
        contra

Israel Sayag                                        Número de Caso: _____
_____
                                    Demandado

## CITATORIO

Al susodicho Demandado:

    Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

    A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

Samuel B. Russell, Esq.                         *SECRETARIO DEL TRIBUNAL*
_____
Nombre del abogado del Demandante

911 9th Street, NE, Ste. 1                       Por: _____
_____
Dirección                                              Subsecretario
Washington, D.C. 20002

(202) 505-1045                                      Fecha _____
_____
Teléfono

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시오    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

    IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

    Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CASUM.doc



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Telephone: (202) 879-1133**

Davis Giedt and Jenny Zha
_____
                                    Plaintiff

                        vs.                                          Case Number _____

Gil Cohen
_____
                                    Defendant

### SUMMONS

To the above named Defendant:

        You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

        You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Samuel B. Russell, Esq.
_____                    _Clerk of the Court_
Name of Plaintiff's Attorney

911 9th Street, NE, Ste. 1
_____            By _____
Address                                                              Deputy Clerk
Washington, D.C. 20002

(202) 505-1045
_____            Date _____
Telephone

如需翻译,请打电话 (202) 879-4828          Veuillez appeler au (202) 879-4828 pour une traduction          Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시오          የአማርኛ ትርጉም ከፈለጉ ለማግኘት (202) 879-4828 ይደውሉ

        IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

        If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español




**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Teléfono: (202) 879-1133

Davis Giedt and Jenny Zha

_____
                                    Demandante
          contra

Gil Cohen                                                Número de Caso: _____
_____
                                    Demandado

**CITATORIO**

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

Samuel B. Russell, Esq.                                  _SECRETARIO DEL TRIBUNAL_
Nombre del abogado del Demandante

911 9th Street, NE, Ste. 1                       Por: _____
Dirección                                                     Subsecretario
Washington, D.C. 20002

(202) 505-1045                                   Fecha _____
Teléfono

如需翻译,请打电话 (202) 879-4828       Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시오          የአማርኛ ትርጉም ከፈለጉ፡ (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO_.

Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CASUM.doc

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001**
**Telephone: (202) 879-1133 • Website: www.dccourts.gov**

DAVIS GIEDT et al
   Vs.                                    C.A. No.     2018 CA 008631 B
USA SERVICES LLC et al

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the summons, the complaint, and this Initial Order and Addendum. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in Super. Ct. Civ. R. 4(m).

(3) Within 21 days of service as described above, except as otherwise noted in Super. Ct. Civ. R. 12, each defendant must respond to the complaint by filing an answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in Super. Ct. Civ. R. 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an initial scheduling and settlement conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than seven business days before the scheduling conference date.
No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

                                        Chief Judge Robert E. Morin

Case Assigned to: Judge BRIAN F HOLEMAN
Date:  December 17, 2018
Initial Conference: 9:30 am, Friday, March 15, 2019
Location:  Courtroom 516
           500 Indiana Avenue N.W.
           WASHINGTON, DC 20001

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement.  The early mediation schedule shall be included in the Scheduling Order following the ISSC.  Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator.  Information about the early mediation date also is available over the internet at https://www.dccourts.gov/pa/.  To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. D.C. Code § 16-2825 Two separate Early Mediation Forms are available.  Both forms may be obtained at www.dccourts.gov/medmalmediation.  One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator.  Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 2900, 410 E Street, N.W.  Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov.  *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles.  All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a).  If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case.  D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code§ 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Actions Branch. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief   Judge   Robert   E.   Morin

CAIO-60